

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00139-CV

| | | |
|---|---|---|
| L REY, LLC, AND VICTORIA REYES, Appellants | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2023-002306-1) |
| V. | § | May 9, 2024 |
| UNITED RENTALS (NORTH AMERICA), INC., Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
        Chief Justice Bonnie Sudderth